TAM:WAB:caz

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:CR-00-262-07 |
| | ) (Judge Kane) |
| v. | ) |
| | ) |
| MANUEL F. TORRES | ) |

### MOTION TO DISMISS

  **AND NOW** this 20th day of March 2006, comes Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, by William A. Behe, Assistant United States Attorney, who files this Motion to Dismiss and, in support thereof, alleges as follows:

  1.  The above-named defendant was indicted on September 20, 2000 with a violation of 18 U.S.C. § 224, accepting bribes to influence the outcome of sporting events at Penn National Race Track.

  2.  Due to the passage of time, the unknown whereabouts of potential government witnesses, and the retirement of the FBI agent who was handling this case, the United States believes at this time that it would be unable to further prosecute the case if the defendant, who is a fugitive, were ever apprehended.

WHEREFORE, it is respectfully that the Indictment and the outstanding warrant be dismissed.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE

_____
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284