# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:CR-00-262-07 |
| | ) (Judge Kane) |
| v. | ) |
| | ) |
| **MANUEL F. TORRES** | ) |

## O R D E R

**AND NOW** this _____ day of March 2006, upon consideration of the government's Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Indictment and Warrant for Arrest filed September 20, 2000 is hereby **DISMISSED**.

_____
YVETTE KANE
UNITED STATES DISTRICT JUDGE