## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No. 1:CR-00-262-07 |
| ) | **(Judge Kane)** |
| v.   ) | |
| ) | |
| **MANUEL F. TORRES**   ) | |

### O R D E R

**AND NOW** this   23rd   day of March 2006, upon consideration of the government's Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Indictment and Warrant for Arrest filed September 20, 2000 is hereby **DISMISSED**.

          s/ Yvette Kane
          YVETTE KANE
          UNITED STATES DISTRICT JUDGE